| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gregory J. Doan<br>Doan Law, LLP<br>635 Camino de los Mares, Suite 100<br>San Clemente, CA 92673<br>(949) 472-0593 Fax: (949) 472-5441<br>165174<br>☒ Attorney for: Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Edward Watson Lynn<br>Brenda Denise Lynn<br><br>Debtor(s). | CASE NO: 6:11-bk-29957<br>CHAPTER: 13<br>ADV NO: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Other: Dec re post-petition mtg payments — Date Filed: 7/15/2011

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_Edward Watson Lynn_ (signature)    Date: 7/15/2011
Signature of Signing Party
**Edward Watson Lynn**
Printed Name of Signing Party

_Brenda Denise Lynn_ (signature)    Date: 7/15/2011
Signature of Joint Debtor
**Brenda Denise Lynn**
Printed Name of Joint Debtor

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court

_Gregory J. Doan_ (signature)    Date: 7/15/2011
Signature of Attorney for Signing Party
**Gregory J. Doan 165174**
Printed Name of Attorney for Signing Party

---

November 2006 — This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan**<br>**Doan Law, LLP**<br>**635 Camino de los Mares, Suite 100**<br>**San Clemente, CA 92673**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>California State Bar Number: **165174**<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER **6:11-bk-29957** |
|---|---|
| In re<br><br>    **Edward Watson Lynn**<br>    **Brenda Denise Lynn**<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I,  **Edward Watson Lynn  & Brenda Denise Lynn** *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on   **6/17/2011**  .

2. I am the owner of real property[1] at the following street address:

    **30812 Calvado Court, Temecula CA 92592**

    _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of  **IndyMac Mortgage Services**  .

    b. Second deed of trust in favor of  ____  *(if applicable).*

    c. Third deed of trust in favor of  ____  *(if applicable).*


*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 3015-1.4**

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*     F 3015-1.4

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 4*

| In re<br>**Edward Watson Lynn**<br>**Brenda Denise Lynn**<br>Debtor(s). | CHAPTER **13**<br><br>CASE NUMBER **6:11-bk-29957** |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **IndyMac Mortgage Services** | **$1,618.00** | **7/15/2011** | **7/14/2011** |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached.  If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered.  For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 3015-1.4**

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - *Page 3 of 4*

| In re<br>**Edward Watson Lynn**<br>**Brenda Denise Lynn**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **6:11-bk-29957** |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **July 15, 2011**    Signature **/s/ Edward Watson Lynn**
   **Edward Watson Lynn**
   Debtor

Date **July 15, 2011**    Signature **/s/ Brenda Denise Lynn**
   **Brenda Denise Lynn**
   Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Detach this portion and return with your check made payable to IndyMac Mortgage Services. Please write your loan number on your check.

# IndyMac Mortgage Services, a division of OneWest Bank FSB

Payments will be applied in the order specified in your mortgage documents. If sending additional funds, please indicate below how to apply funds.

+ Additional Principal:       $
+ Additional Escrow:          $
+ Late Charges/Fees:          $
+ Other:                      $
= Total Amount Enclosed:      $ 1,617.77

## Payment Summary

EDWARD WATSON LYNN           Loan Number    862
BRENDA DENISE LYNN
07/01/11 Payment Information

|  | Interest Only |
|---|---|
| Total Payment Due: | $1,617.77 |
| After 07/16/11 | $1,686.79 |
| Total Amount Due: | $1,617.77 |
| After 07/16/11 | $1,686.79 |

Check this box if name, mailing address, or telephone number have recently changed. Please complete form on the reverse side.

INDYMAC MORTGAGE SERVICES
PO BOX 78826
PHOENIX   AZ   85062-8826

1009625862    00161777    00168679    2

---

**Bank of America**                    **Cashier's Check**                    No. 432977471

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   JULY 13, 2011                                                      11-35/1210
                                                                              NCA
Banking
Center   TEMECULA

0000723   00007   0002977471         BRENDA LYNN
                                     Remitter (Purchased By)

                                                                    $ **1617.77**

Pay  **ONE THOUSAND SIX HUNDRED SEVENTEEN DOLLARS AND 77 CENTS**
To
The
Order
Of   **INDYMAC MORTGAGE SERVICES**
     **LOAN#        862**
                                                           Authorized Signature
Bank of America, N.A.         VOID AFTER 90 DAYS
San Francisco CA

⑈432977471⑈ ⑆121000358⑆ 13970⑈85076⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

Law Firm LLP
amino De Los Mares
Suite 100
lemente, CA 92673

US POSTAGE
PITNEY BOWES
02 1P        $ 000.44⁰
0003899630   JUL 14 2011
MAILED FROM ZIP CODE 92653

IndyMac Mortgage Services
PO Box 79026
Phoenix, AZ 85062-8826